UNITED STATES of America,
Plaintiff–Appellee,

v.

Robert S. FALCONE, Sandra S. Falcone, Defendants–Appellants.

No. 89–5718.

United States Court of Appeals,
Eleventh Circuit.

Aug. 12, 1991.

G.H. Terando, Poplar Bluff, Mo., for R. Falcone.

Kenneth M. Swartz, Asst. Federal Public Defender, Miami, Fla., for S. Falcone.

Dawn Bowen, Linda C. Hertz, Asst. U.S. Attys., Miami, Fla., for U.S.

ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC

Before TJOFLAT, Chief Judge, FAY, KRAVITCH, JOHNSON, HATCHETT, ANDERSON, CLARK, EDMONDSON, COX, BIRCH and DUBINA, Circuit Judges.

BY THE COURT:

A member of this court in active service having requested a poll on the application